1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **EXHIBIT A**

DOC 1        CUPP BK PETITION 13-12258

DOC 7.1      NOTICE RECIPIENTS

DOC 8        ORDER TO FILE REQUIRED DOCUMENTS

DOC 8.1      NOTICE RECIPIENTS

DOC 9        CERTIFICATE OF NOTICE

DOC 10       CERTIFICAQTE OF NOTICE

DOC 15       (PARTIAL) SUMMARY OF SCHEDULES

DOC 48       DISCHARGE OF DEBTOR AND FINAL DECREE

DOC 48.1     NOTICE RECIPIENTS

DOC 49       CERTIFICATE OF NOTICE

B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of California | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>CUPP, RONALD, VERNON | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>6446 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>4640 ARLINGTON AVENUE<br>SANTA ROSA, CA<br>ZIP CODE 95407 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>SONOMA | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☐ Chapter 11      Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                        Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☑ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>--------------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)                                                                                                                Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**CUPP, RONALD VERNON** | |
|---|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   Northern District of California | Case Number:<br>08-1-0316 AJ13 | Date Filed:<br>02/28/2008 |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐    Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____    12/11/2013
    Signature of Attorney for Debtor(s)    (Date)

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                          Page 3

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): CUPP, RONALD VERNON |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _Ron Cupp_ Signature of Debtor | X _____ (Signature of Foreign Representative) |
| X _____ Signature of Joint Debtor 707-974-4816 Telephone Number (if not represented by attorney) 12/11/2013 Date | _____ (Printed Name of Foreign Representative) _____ Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____ Signature of Attorney for Debtor(s) _____ Printed Name of Attorney for Debtor(s) _____ Firm Name _____ Address _____ Telephone Number _____ Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Authorized Individual _____ Printed Name of Authorized Individual _____ Title of Authorized Individual _____ Date | _____ Address X _____ Signature _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)                    Case Number **13–12258 AJ 7**

## UNITED STATES BANKRUPTCY COURT
### Northern District of California (Santa Rosa)

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/12/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors — Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ronald Vernon Cupp
4640 Arlington Ave.
Santa Rosa, CA 95407

| Case Number:<br>13–12258 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx–xx–6446 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Ronald Vernon Cupp<br>4640 Arlington Ave.<br>Santa Rosa, CA 95407<br>Telephone number: | Bankruptcy Trustee (name and address):<br>Timothy W. Hoffman<br>P.O. Box 1761<br>Sebastopol, CA 95473<br>Telephone number: (707) 823–2066<br>Email: twh1761@sbcglobal.net |

## Meeting of Creditors
Date:  **January 16, 2014**                    Time:  **09:30 AM**
Location:  **Office of the U.S. Trustee, 777 Sonoma Ave. #116, Santa Rosa, CA 95404**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors.

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 3/17/14**

## Deadline to Object to Exemptions:
If this case has been converted, a new deadline to object to exemptions arises unless: (1) the conversion took place more than one year after a plan was first confirmed, or (2) the deadline had previously expired while the case pending under Chapter 7.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>99 South "E" Street<br>Santa Rosa, CA 95404<br>Telephone number: 707–547–5900 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
|---|---|
| Hours Open:  Monday – Friday 9:00 AM – 4:30 PM | Date:  12/13/13 |

## EXPLANATIONS

FORM B9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint — or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) — in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### — Refer to Other Side for Important Deadlines and Notices —

# Notice Recipients

District/Off: 0971–1      User: cfan      Date Created: 12/13/2013
Case: 13–12258      Form ID: B9A      Total: 26

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Ronald Vernon Cupp | 4640 Arlington Ave. | Santa Rosa, CA 95407 |

db   Ronald Vernon Cupp   4640 Arlington Ave.   Santa Rosa, CA 95407
ust   Office of the U.S. Trustee / SR   235 Pine Street   Suite 700   San Francisco, CA 94104
tr   Timothy W. Hoffman   P.O. Box 1761   Sebastopol, CA 95473
smg   CA Franchise Tax Board   Bankruptcy Group   P.O. Box 2952   Sacramento, CA 95812–2952
smg   CA Employment Development Dept.   Bankruptcy Group MIC 92E   P.O. Box 826880   Sacramento, CA 94280–0001
13533561   Alameda County Superior Court   Case No. RG13698071   State of California   1225 Fallon Street   Oakland, CA 94612
13533562   Alliance Mortgage Company   8100 Nations Way   Jacksonville, FL 32256



13533563   Basil Plastiras   Parkway Properties 12 LLC   24 Professional Center Pkwy. #150   San Rafael, CA 95407
13533564   Comcast Spotlight   50 Francisco Street   San Francisco, CA 94133–2134
13533565   Edward A. Treder, Attorney   BARRETT DAFFIN &FRAPPIER, ET AL   20955 Pathfinder Rd. #300   Diamond Bar, CA 91765
13533566   Ever Bank   501 Riverside Avenue   Jacksonville, FL 32202
13533567   Everhome Mortgage Company   8100 Nations Way   Jacksonville, FL 32256
13533568   Federal National Mortgage Association   3900 Wisconsin Ave NW   Washington, DC 20016–2892
13533569   Glenn H. Wechsler, Attorney   1646 N. California Blvd. #450   Walnut Creek, CA 94596
13533573   MTC Financial Inc.   17100 Gillette Avenue   Irvine, CA 92614
13533570   Malcolm and Cisneros a Law Corp.   2112 Business Center Drive 2nd Fl.   Irvine, CA 92612
13533571   Marin County Superior Court   Case No. CIV1300398   State of California   3501 Civic Center Drive   San Rafael, CA 94939
13533572   Matthew J. Pero, Attorney   ANGLIN, FLEWELLING, ET AL   199 S. Los Robles Ave. #600   Pasadena, CA 91101–2459
13533574   Nationstar Mortgage LLC   350 Highland Drive   Lewisville, TX 95067
13533575   Patricia Roma, Attorney   745 Mill Street   Half Moon Bay, CA 94019
13533576   San Mateo County Superior Courts   Case No. CIV515995   State of California   400 County Center,   Redwood City, CA 94063
13533578   Sonoma County Superior Court   Case No. MCV188995   State of California   600 Administration Drive Rm 107J   Santa Rosa, CA 95403
13533577   Sonoma County Superior Court   Case No. SCV240402   State of California   600 Administration Drive Rm 107J   Santa Rosa, CA 95403
13533579   Steven A. Booska, Attorney   250 Montgomery St, Ste 720   San Francisco, CA 94104
13533580   Wells Fargo Bank, N.A.   45 Fremont Street, 27th Floor   San Francisco, CA 94104
13533581   Western Federal Savings and Loan Assoc.   13160 Mindanao Way   Marina Del Rey, CA 90292

TOTAL: 26

**Entered on Docket**
**December 13, 2013**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

In re
Ronald Vernon Cupp,                                     Case No. 13-12258-AJ

_____ Debtor(s). /

### Order To File
### Required Documents and Notice Regarding Automatic Dismissal

The debtor(s) named above failed to file the documents listed below.

■ Summary of Schedules (*Official Form 6*)
■ Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. §159) (*Official Form 6*)
■ Schedule A - Real Property (*Official Form B6A*)
■ Schedule B - Personal Property (*Official Form B6B*)
■ Schedule C - Property Claimed as Exempt (*Official Form B6C*)
■ Schedule D - Creditors Holding Secured Claims (*Official Form 6D*)
■ Schedule E - Creditors Holding Unsecured Priority Claims (*Official Form 6E*)
■ Schedule F - Creditors Holding Unsecured Nonpriority Claims (*Official Form 6F*)
■ Schedule G - Executory Contracts and Unexpired Leases (*Official Form B6G*)
■ Schedule H - Codebtors (*Official Form B6H*)
■ Schedule I - Current Income of Individual Debtor(s) (*Official Form 6I*)
■ Schedule J - Current Expenditures of Individual Debtor(s) (*Official Form 6J*)
■ Declaration Concerning Debtor's Schedules (*Official Form 6*)
■ Statement of Financial Affairs (*Official Form 7*)
■ Statement of Current Monthly Income and Means Test Calculation - Chapter 7  (*Form B22*)
□ Statement of Current Monthly Income - Chapter 11 (*Form B22B*)
□ Statement of Current Monthly Income and Calculation of Commitment Period and Disposal
  Income - Chapter 13 (B22C)
■ Payment Advices
□ Chapter 13 Plan
■ Certification Regarding Debtor(s) Notification Required by 11 U.S.C. §342(b) - Individual
  Consumer Debtor (*Director's Form B201*)
□ Notice to Debtor by Non-Attorney Bankruptcy Petition Preparer (*Form 19B*)
□ A certificate that Credit Counseling as required by U.S.C. §109(h) was completed prior to the
  filing of the petition
■ Exhibit D

NOTICE IS GIVEN that unless the document(s) listed above are filed within 14 days of the filing date of the petition, or such further time as the court may grant, the court MAY DISMISS this case.  If you desire a hearing, you must file a request for hearing with proper service, within 7 days of the date of this Order.

Date: December 13, 2013

Alan Jaroslovsky
Bankruptcy Court Judge

# Notice Recipients

District/Off: 0971−1   User: cfan   Date Created: 12/13/2013
Case: 13−12258   Form ID: pdfeoall   Total: 26

**Recipients of Notice of Electronic Filing:**
ust   Office of the U.S. Trustee / SR   USTPRegion17.SF.ECF@usdoj.gov
tr   Timothy W. Hoffman   twh1761@sbcglobal.net

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Ronald Vernon Cupp   4640 Arlington Ave.   Santa Rosa, CA 95407
smg   CA Franchise Tax Board   Bankruptcy Group   P.O. Box 2952   Sacramento, CA 95812−2952
smg   CA Employment Development Dept.   Bankruptcy Group MIC 92E   P.O. Box 826880   Sacramento, CA 94280−0001
13533561   Alameda County Superior Court   Case No. RG13698071   State of California   1225 Fallon Street   Oakland, CA 94612
13533562   Alliance Mortgage Company   8100 Nations Way   Jacksonville, FL 32256
13533563   Basil Plastiras   Parkway Properties 12 LLC   24 Professional Center Pkwy. #150   San Rafael, CA 95407
13533564   Comcast Spotlight   50 Francisco Street   San Francisco, CA 94133−2134
13533565   Edward A. Treder, Attorney   BARRETT DAFFIN &FRAPPIER, ET AL   20955 Pathfinder Rd. #300   Diamond Bar, CA 91765
13533566   Ever Bank   501 Riverside Avenue   Jacksonville, FL 32202
13533567   Everhome Mortgage Company   8100 Nations Way   Jacksonville, FL 32256
13533568   Federal National Mortgage Association   3900 Wisconsin Ave NW   Washington, DC 20016−2892
13533569   Glenn H. Wechsler, Attorney   1646 N. California Blvd. #450   Walnut Creek, CA 94596
13533573   MTC Financial Inc.   17100 Gillette Avenue   Irvine, CA 92614
13533570   Malcolm and Cisneros a Law Corp.   2112 Business Center Drive 2nd Fl.   Irvine, CA 92612
13533571   Marin County Superior Court   Case No. CIV1300398   State of California   3501 Civic Center Drive   San Rafael, CA 94939
13533572   Matthew J. Pero, Attorney   ANGLIN, FLEWELLING, ET AL   199 S. Los Robles Ave. #600   Pasadena, CA 91101−2459
13533574   Nationstar Mortgage LLC   350 Highland Drive   Lewisville, TX 95067
13533575   Patricia Roma, Attorney   745 Mill Street   Half Moon Bay, CA 94019
13533576   San Mateo County Superior Courts   Case No. CIV515995   State of California   400 County Center,   Redwood City, CA 94063
13533578   Sonoma County Superior Court   Case No. MCV188995   State of California   600 Administration Drive Rm 107J   Santa Rosa, CA 95403
13533577   Sonoma County Superior Court   Case No. SCV240402   State of California   600 Administration Drive Rm 107J   Santa Rosa, CA 95403
13533579   Steven A. Booska, Attorney   250 Montgomery St, Ste 720   San Francisco, CA 94104
13533580   Wells Fargo Bank, N.A.   45 Fremont Street, 27th Floor   San Francisco, CA 94104
13533581   Western Federal Savings and Loan Assoc.   13160 Mindanao Way   Marina Del Rey, CA 90292

TOTAL: 24

United States Bankruptcy Court
Northern District of California

In re:                                                        Case No. 13-12258-AJ
Ronald Vernon Cupp                                            Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0971-1        User: cfan          Page 1 of 2        Date Rcvd: Dec 13, 2013
                           Form ID: B9A         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2013.
db          #+Ronald Vernon Cupp,   4640 Arlington Ave.,   Santa Rosa, CA 95407-8307
13533561    +Alameda County Superior Court,   Case No. RG13698071,   State of California,   1225 Fallon Street,
              Oakland, CA 94612-4229
13533562    +Alliance Mortgage Company,   8100 Nations Way,   Jacksonville, FL 32256-4405
13533563    +Basil Plastiras,   Parkway Properties 12 LLC,   24 Professional Center Pkwy. #150,
              San Rafael, CA 94903-2759
13533564     Comcast Spotlight,   50 Francisco Street,   San Francisco, CA 94133-2134
13533565    +Edward A. Treder, Attorney,   BARRETT DAFFIN & FRAPPIER, ET AL,   20955 Pathfinder Rd. #300,
              Diamond Bar, CA 91765-4029
13533566    +Ever Bank,   501 Riverside Avenue,   Jacksonville, FL 32202-4934
13533568     Federal National Mortgage Association,   3900 Wisconsin Ave NW,   Washington, DC 20016-2892
13533569    +Glenn H. Wechsler, Attorney,   1646 N. California Blvd.,   Walnut Creek, CA 94596-4146
13533573    +MTC Financial Inc.,   17100 Gillette Avenue,   Irvine, CA 92614-5603
13533570    +Malcolm and Cisneros a Law Corp.,   2112 Business Center Drive 2nd Fl.,   Irvine, CA 92612-7137
13533571    +Marin County Superior Court,   Case No. CIV1300398,   State of California,
              3501 Civic Center Drive,   San Rafael, CA 94903-4112
13533572     Matthew J. Pero, Attorney,   ANGLIN, FLEWELLING, ET AL,   199 S. Los Robles Ave. #600,
              Pasadena, CA 91101-2459
13533574    ++NATIONSTAR MORTGAGE,   PO BOX 630267,   IRVING TEXAS 75063-0116
              (address filed with court: Nationstar Mortgage LLC,   350 Highland Drive,   Lewisville, TX 95067)
13533575    +Patricia Roma, Attorney,   745 Mill Street,   Half Moon Bay, CA 94019-1744
13533576    +San Mateo County Superior Courts,   Case No. CIV515995,   State of California,
              400 County Center,,   Redwood City, CA 94063-1662
13533578    +Sonoma County Superior Court,   Case No. MCV188995,   State of California,
              600 Administration Drive Rm 107J,   Santa Rosa, CA 95403-2817
13533577    +Sonoma County Superior Court,   Case No. SCV240402,   State of California,
              600 Administration Drive Rm 107J,   Santa Rosa, CA 95403-2817
13533579    +Steven A. Booska, Attorney,   250 Montgomery St, Ste 720,   San Francisco, CA 94104-3424
13533580    +Wells Fargo Bank, N.A.,   45 Fremont Street, 27th Floor,   San Francisco, CA 94105-2213
13533581    +Western Federal Savings and Loan Assoc.,   13160 Mindanao Way,   Marina Del Rey, CA 90292-6358

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: BTWHOFFMAN.COM Dec 14 2013 01:53:00   Timothy W. Hoffman,   P.O. Box 1761,
              Sebastopol, CA 95473-1761
smg          EDI: EDD.COM Dec 14 2013 01:55:00   CA Employment Development Dept.,   Bankruptcy Group MIC 92E,
              P.O. Box 826880,   Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Dec 14 2013 01:53:00   CA Franchise Tax Board,   Bankruptcy Group,
              P.O. Box 2952,   Sacramento, CA  95812-2952
ust         +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov Dec 14 2013 01:45:14
              Office of the U.S. Trustee / SR,   235 Pine Street,   Suite 700,   San Francisco, CA 94104-2745
                                                                                        TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13533567    ##+Everhome Mortgage Company,   8100 Nations Way,   Jacksonville, FL 32256-4405
                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2013                              Signature:  /s/Joseph Speetjens

District/off: 0971-1          User: cfan              Page 2 of 2              Date Rcvd: Dec 13, 2013
                              Form ID: B9A            Total Noticed: 25

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2013 at the address(es) listed below:
        Office of the U.S. Trustee / SR    USTPRegion17.SF.ECF@usdoj.gov,  ltroxas@hotmail.com
        Timothy W. Hoffman   twh1761@sbcglobal.net,  ca73@ecfcbis.com
                                           TOTAL: 2

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)                    Case Number 13–12258 AJ 7

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Santa Rosa)

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/12/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors — Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Ronald Vernon Cupp<br>4640 Arlington Ave.<br>Santa Rosa, CA 95407 | |
| Case Number:<br>13–12258 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx–xx–6446 |
| Attorney for Debtor(s) (name and address):<br>Ronald Vernon Cupp<br>4640 Arlington Ave.<br>Santa Rosa, CA 95407<br>Telephone number: | Bankruptcy Trustee (name and address):<br>Timothy W. Hoffman<br>P.O. Box 1761<br>Sebastopol, CA 95473<br>Telephone number: (707) 823–2066<br>Email: twh1761@sbcglobal.net |

## Meeting of Creditors

Date:  **January 16, 2014**                                    Time:  09:30 AM

Location:  **Office of the U.S. Trustee, 777 Sonoma Ave. #116, Santa Rosa, CA 95404**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors.

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 3/17/14**

## Deadline to Object to Exemptions:
If this case has been converted, a new deadline to object to exemptions arises unless: (1) the conversion took place more than one year after a plan was first confirmed, or (2) the deadline had previously expired while the case pending under Chapter 7.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>99 South "E" Street<br>Santa Rosa, CA 95404<br>Telephone number:  707–547–5900 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
| Hours Open:  Monday – Friday 9:00 AM – 4:30 PM | Date: 12/13/13 |

## EXPLANATIONS

FORM B9A (12/12)

| | |
|---|---|
| **Filing of Chapter 7 Bankruptcy Case** | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| **Creditors Generally May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| **Presumption of Abuse** | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| **Do Not File a Proof of Claim at This Time** | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint — or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) — in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| **Exempt Property** | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| **Bankruptcy Clerk's Office** | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| **Creditor with a Foreign Address** | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### — Refer to Other Side for Important Deadlines and Notices —

United States Bankruptcy Court
Northern District of California

In re:                                                                    Case No. 13-12258-AJ
Ronald Vernon Cupp                                                        Chapter 7
       Debtor                           **CERTIFICATE OF NOTICE**

District/off: 0971-1          User: cfan           Page 1 of 2              Date Rcvd: Dec 13, 2013
                              Form ID: pdfeoall    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2013.
db          #+Ronald Vernon Cupp,    4640 Arlington Ave.,    Santa Rosa, CA 95407-8307
13533561    +Alameda County Superior Court,    Case No. RG13698071,    State of California,    1225 Fallon Street,
              Oakland, CA 94612-4229
13533562    +Alliance Mortgage Company,    8100 Nations Way,    Jacksonville, FL 32256-4405
13533563    +Basil Plastiras,    Parkway Properties 12 LLC,    24 Professional Center Pkwy. #150,
              San Rafael, CA 94903-2759
13533564     Comcast Spotlight,    50 Francisco Street,    San Francisco, CA 94133-2134
13533565    +Edward A. Treder, Attorney,    BARRETT DAFFIN & FRAPPIER, ET AL,    20955 Pathfinder Rd. #300,
              Diamond Bar, CA 91765-4029
13533566    +Ever Bank,    501 Riverside Avenue,    Jacksonville, FL 32202-4934
13533568     Federal National Mortgage Association,    3900 Wisconsin Ave NW,    Washington, DC 20016-2892
13533569    +Glenn H. Wechsler, Attorney,    1646 N. California Blvd. #450,    Walnut Creek, CA 94596-4146
13533573    +MTC Financial Inc.,    17100 Gillette Avenue,    Irvine, CA 92614-5603
13533570    +Malcolm and Cisneros a Law Corp.,    2112 Business Center Drive 2nd Fl.,    Irvine, CA 92612-7137
13533571    +Marin County Superior Court,    Case No. CIV1300398,    State of California,
              3501 Civic Center Drive,    San Rafael, CA 94903-4112
13533572     Matthew J. Pero, Attorney,    ANGLIN, FLEWELLING, ET AL,    199 S. Los Robles Ave. #600,
              Pasadena, CA 91101-2459
13533574    ++NATIONSTAR MORTGAGE,    PO BOX 630267,    IRVING TEXAS 75063-0116
              (address filed with court: Nationstar Mortgage LLC,    350 Highland Drive,    Lewisville, TX 95067)
13533575    +Patricia Roma, Attorney,    745 Mill Street,    Half Moon Bay, CA 94019-1744
13533576    +San Mateo County Superior Courts,    Case No. CIV515995,    State of California,
              400 County Center,,    Redwood City, CA 94063-1662
13533578    +Sonoma County Superior Court,    Case No. MCV188995,    State of California,
              600 Administration Drive Rm 107J,    Santa Rosa, CA 95403-2817
13533577    +Sonoma County Superior Court,    Case No. SCV240402,    State of California,
              600 Administration Drive Rm 107J,    Santa Rosa, CA 95403-2817
13533579    +Steven A. Booska, Attorney,    250 Montgomery St, Ste 720,    San Francisco, CA 94104-3424
13533580    +Wells Fargo Bank, N.A.,    45 Fremont Street, 27th Floor,    San Francisco, CA 94105-2213
13533581    +Western Federal Savings and Loan Assoc.,    13160 Mindanao Way,    Marina Del Rey, CA 90292-6358

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: itcdbg@edd.ca.gov Dec 14 2013 01:45:13     CA Employment Development Dept.,
              Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg          E-mail/Text: BKBNCNotices@ftb.ca.gov Dec 14 2013 01:45:36     CA Franchise Tax Board,
              Bankruptcy Group,    P.O. Box 2952,    Sacramento, CA  95812-2952
                                                                              TOTAL: 2


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13533567    ##+Everhome Mortgage Company,    8100 Nations Way,    Jacksonville, FL 32256-4405
                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2013                          Signature:  /s/Joseph Speetjens

District/off: 0971-1          User: cfan              Page 2 of 2              Date Rcvd: Dec 13, 2013
                             Form ID: pdfeoall       Total Noticed: 23

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2013 at the address(es) listed below:
        Office of the U.S. Trustee / SR    USTPRegion17.SF.ECF@usdoj.gov,  ltroxas@hotmail.com
        Timothy W. Hoffman   twhl761@sbcglobal.net,  ca73@ecfcbis.com

                                                                                TOTAL: 2

Entered on Docket
**December 13, 2013**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

In re
Ronald Vernon Cupp,                                    Case No. 13-12258-AJ

_____ Debtor(s). /
### Order To File
### Required Documents and Notice Regarding Automatic Dismissal

The debtor(s) named above failed to file the documents listed below.
- ■ Summary of Schedules (*Official Form 6*)
- ■ Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. §159) (*Official Form 6*)
- ■ Schedule A - Real Property (*Official Form B6A*)
- ■ Schedule B - Personal Property (*Official Form B6B*)
- ■ Schedule C - Property Claimed as Exempt (*Official Form B6C*)
- ■ Schedule D - Creditors Holding Secured Claims (*Official Form 6D*)
- ■ Schedule E - Creditors Holding Unsecured Priority Claims (*Official Form 6E*)
- ■ Schedule F - Creditors Holding Unsecured Nonpriority Claims (*Official Form 6F*)
- ■ Schedule G - Executory Contracts and Unexpired Leases (*Official Form B6G*)
- ■ Schedule H - Codebtors (*Official Form B6H*)
- ■ Schedule I - Current Income of Individual Debtor(s) (*Official Form 6I*)
- ■ Schedule J - Current Expenditures of Individual Debtor(s) (*Official Form 6J*)
- ■ Declaration Concerning Debtor's Schedules (*Official Form 6*)
- ■ Statement of Financial Affairs (*Official Form 7*)
- ■ Statement of Current Monthly Income and Means Test Calculation - Chapter 7  (*Form B22*)
- ☐ Statement of Current Monthly Income - Chapter 11 (*Form B22B*)
- ☐ Statement of Current Monthly Income and Calculation of Commitment Period and Disposal Income - Chapter 13 (B22C)
- ■ Payment Advices
- ☐ Chapter 13 Plan
- ■ Certification Regarding Debtor(s) Notification Required by 11 U.S.C. §342(b) - Individual Consumer Debtor (*Director's Form B201*)
- ☐ Notice to Debtor by Non-Attorney Bankruptcy Petition Preparer (*Form 19B*)
- ☐ A certificate that Credit Counseling as required by U.S.C. §109(h) was completed prior to the filing of the petition
- ■ Exhibit D

NOTICE IS GIVEN that unless the document(s) listed above are filed within 14 days of the filing date of the petition, or such further time as the court may grant, the court MAY DISMISS this case.  If you desire a hearing, you must file a request for hearing with proper service, within 7 days of the date of this Order.

Date: December 13, 2013                          <u>Alan Jaroslovsky</u>
                                                 Bankruptcy Court Judge

B 6 Summary (Official Form 6 - Summary) (12/13)

**FILED**

DEC 26 2013

U.S. BANKRUPTCY COURT
SANTA ROSA, CA

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Ronald Vernon Cupp    ,      Case No. 13-12258-AJ

_Debtor_

Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.



| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 119,250.00 | | |
| B - Personal Property | Yes | 3 | $ 4,200.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 310,208.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 9,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 6,992,866.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 789.00 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 3 | | | $ -1,225.00 |
| **TOTAL** | | 20 | $ 123,450.00 | $ 7,312,574.00 | |

_PARTIAL_

B 6D (Official Form 6D) (12/07)

In re  Ronald Vernon Cupp                              ,          Case No.  13-12258-AJ
                      Debtor                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Randall Cupp<br>15 Echo Avenue<br>Corte Madera, CA 94925 | | | 1989, 1/2 fee Simple ownership of 4640 Arlington Ave, Santa Rosa<br><br>VALUE $ 119,250.00 | | | | 119,250.00 | 119,250.00 |
| ACCOUNT NO. SCV240402<br><br>Parkway Properties 12 LLC<br>24 Professional Center Parkway#150, San Rafael, CA 94903 | | | 2013, Judgment Abstract recorded at County Recorders<br><br>VALUE $ 163,576.00 | | | x | 163,576.00 | 163,576.00 |
| ACCOUNT NO. SCV188995<br><br>Comcast Spotlight c/o Stephen Booska 250 Montgomery St #720 San Francisco, CA 94104 | | | 2013, Judgment Abstract recorded at County Recorders<br><br>VALUE $ 8,253.00 | | | x | 8,253.00 | 8,253.00 |

X   continuation sheets
       attached

Subtotal ▶
(Total of this page)

$ 291,079.00

$ 291,079.00

Total ▶
(Use only on last page)

$

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Form ODSC7fi

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Santa Rosa)

| | |
|---|---|
| In re:<br>Ronald Vernon Cupp<br>4640 Arlington Ave.<br>Santa Rosa, CA 95407 | Case Number: 13−12258 AJ 7<br>Chapter: 7 |
| Debtor(s) | |
| Debtor/Joint Debtor Social Security Number(s):<br>xxx−xx−6446 | |

## DISCHARGE OF DEBTOR AND FINAL DECREE

It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED**:
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

It further appears that the trustee, Timothy W. Hoffman in the above−entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

ORDERED that the chapter 7 case of the above−named debtor is closed; that the Trustee is discharged and relieved of said trust.

Dated: 3/18/14

By the Court:

Alan Jaroslovsky
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 48

ODSC7fi continued

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are **not** discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# Notice Recipients

District/Off: 0971–1        User: apaul           Date Created: 3/18/2014
Case: 13–12258              Form ID: ODSC7fi      Total: 32

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SR | USTPRegion17.SF.ECF@usdoj.gov |
| tr | Timothy W. Hoffman | twh1761@sbcglobal.net |
| aty | Cathleen Cooper Moran | ecf@moranlaw.net |
| aty | Christina J. O | christinao@mclaw.org |
| aty | Lawrence D. Harris | larry@glennwechsler.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Ronald Vernon Cupp    4640 Arlington Ave.    Santa Rosa, CA 95407 | |
| cr | Federal National Mortgage Association    Malcolm Cisneros    2112 Business Center Drive    Second Floor    Irvine, CA 92612 | |
| cr | Ellis Joseph Foster    c/o Moran Law Group    1674 N. Shoreline Blvd., # 140    Mountain View, CA 94043 | |
| intp | WELLS FARGO BANK, N.A., its successors and assigns    c/o Law Offices of Glenn H. Wechsler    1646 North California Blvd.    Suite 450    Walnut Creek, CA 94596 | |
| smg | CA Franchise Tax Board    Bankruptcy Group    P.O. Box 2952    Sacramento, CA 95812–2952 | |
| smg | CA Employment Development Dept.    Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280–0001 | |
| 13533561 | Alameda County Superior Court    Case No. RG13698071    State of California    1225 Fallon Street    Oakland, CA 94612 | |
| 13533562 | Alliance Mortgage Company    8100 Nations Way    Jacksonville, FL 32256 | |
| 13533563 | Basil Plastiras    Parkway Properties 12 LLC    24 Professional Center Pkwy. #150    San Rafael, CA 95407 | |
| 13533564 | Comcast Spotlight    50 Francisco Street    San Francisco, CA 94133–2134 | |
| 13533565 | Edward A. Treder, Attorney    BARRETT DAFFIN &FRAPPIER, ET AL    20955 Pathfinder Rd. #300    Diamond Bar, CA 91765 | |
| 13533566 | Ever Bank    501 Riverside Avenue    Jacksonville, FL 32202 | |
| 13533567 | Everhome Mortgage Company    8100 Nations Way    Jacksonville, FL 32256 | |
| 13533568 | Federal National Mortgage Association    3900 Wisconsin Ave NW    Washington, DC 20016–2892 | |
| 13533569 | Glenn H. Wechsler, Attorney    1646 N. California Blvd. #450    Walnut Creek, CA 94596 | |
| 13533573 | MTC Financial Inc.    17100 Gillette Avenue    Irvine, CA 92614 | |
| 13533570 | Malcolm and Cisneros a Law Corp.    2112 Business Center Drive 2nd Fl.    Irvine, CA 92612 | |
| 13533571 | Marin County Superior Court    Case No. CIV1300398    State of California    3501 Civic Center Drive    San Rafael, CA 94939 | |
| 13533572 | Matthew J. Pero, Attorney    ANGLIN, FLEWELLING, ET AL    199 S. Los Robles Ave. #600    Pasadena, CA 91101–2459 | |
| 13533574 | Nationstar Mortgage LLC    350 Highland Drive    Lewisville, TX 95067 | |
| 13533575 | Patricia Roma, Attorney    745 Mill Street    Half Moon Bay, CA 94019 | |
| 13533576 | San Mateo County Superior Courts    Case No. CIV515995    State of California    400 County Center,    Redwood City, CA 94063 | |
| 13533578 | Sonoma County Superior Court    Case No. MCV188995    State of California    600 Administration Drive Rm 107J    Santa Rosa, CA 95403 | |
| 13533577 | Sonoma County Superior Court    Case No. SCV240402    State of California    600 Administration Drive Rm 107J    Santa Rosa, CA 95403 | |
| 13533579 | Steven A. Booska, Attorney    250 Montgomery St, Ste 720    San Francisco, CA 94104 | |
| 13533580 | Wells Fargo Bank, N.A.    45 Fremont Street, 27th Floor    San Francisco, CA 94104 | |
| 13533581 | Western Federal Savings and Loan Assoc.    13160 Mindanao Way    Marina Del Rey, CA 90292 | |

TOTAL: 27

United States Bankruptcy Court
Northern District of California

In re:                                                          Case No. 13-12258-AJ
Ronald Vernon Cupp                                             Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0971-1          User: apaul          Page 1 of 2          Date Rcvd: Mar 18, 2014
                             Form ID: ODSC7fi       Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2014.
db              #+Ronald Vernon Cupp,    4640 Arlington Ave.,    Santa Rosa, CA 95407-8307
cr              +Ellis Joseph Foster,    c/o Moran Law Group,    1674 N. Shoreline Blvd., # 140,
                 Mountain View, CA 94043-1375
cr              +Federal National Mortgage Association,    Malcolm Cisneros,    2112 Business Center Drive,
                 Second Floor,    Irvine, CA 92612-7135
intp            +WELLS FARGO BANK, N.A., its successors and assigns,    c/o Law Offices of Glenn H. Wechsler,
                 1646 North California Blvd.,    Suite 450,    Walnut Creek, CA 94596-4146
13533561        +Alameda County Superior Court,    Case No. RG13698071,    State of California,    1225 Fallon Street,
                 Oakland, CA 94612-4229
13533562        +Alliance Mortgage Company,    8100 Nations Way,    Jacksonville, FL 32256-4405
13533563        +Basil Plastiras,    Parkway Properties 12 LLC,    24 Professional Center Pkwy. #150,
                 San Rafael, CA 94903-2759
13533564         Comcast Spotlight,    50 Francisco Street,    San Francisco, CA 94133-2134
13533565        +Edward A. Treder, Attorney,    BARRETT DAFFIN & FRAPPIER, ET AL,    20955 Pathfinder Rd. #300,
                 Diamond Bar, CA 91765-4029
13533566        +Ever Bank,    501 Riverside Avenue,    Jacksonville, FL 32202-4934
13533568         Federal National Mortgage Association,    3900 Wisconsin Ave NW,    Washington, DC 20016-2892
13533569        +Glenn H. Wechsler, Attorney,    1646 N. California Blvd. #450,    Walnut Creek, CA 94596-4146
13533573        +MTC Financial Inc.,    17100 Gillette Avenue,    Irvine, CA 92614-5603
13533570        +Malcolm and Cisneros a Law Corp.,    2112 Business Center Drive 2nd Fl.,    Irvine, CA 92612-7137
13533571        +Marin County Superior Court,    Case No. CIV1300398,    State of California,
                 3501 Civic Center Drive,    San Rafael, CA 94903-4112
13533572         Matthew J. Pero, Attorney,    ANGLIN, FLEWELLING, ET AL,    199 S. Los Robles Ave. #600,
                 Pasadena, CA 91101-2459
13533574        ++NATIONSTAR MORTGAGE,    PO BOX 630267,    IRVING TEXAS 75063-0116
                 (address filed with court: Nationstar Mortgage LLC,    350 Highland Drive,    Lewisville, TX 95067)
13533575        +Patricia Roma, Attorney,    745 Mill Street,    Half Moon Bay, CA 94019-1744
13533576        +San Mateo County Superior Courts,    Case No. CIV515995,    State of California,
                 400 County Center,,    Redwood City, CA 94063-1662
13533578        +Sonoma County Superior Court,    Case No. MCV188995,    State of California,
                 600 Administration Drive Rm 107J,    Santa Rosa, CA 95403-2817
13533577        +Sonoma County Superior Court,    Case No. SCV240402,    State of California,
                 600 Administration Drive Rm 107J,    Santa Rosa, CA 95403-2817
13533579        +Steven A. Booska, Attorney,    250 Montgomery St, Ste 720,    San Francisco, CA 94104-3424
13533580        +Wells Fargo Bank, N.A.,    45 Fremont Street, 27th Floor,    San Francisco, CA 94105-2213
13533581        +Western Federal Savings and Loan Assoc.,    13160 Mindanao Way,    Marina Del Rey, CA 90292-6358
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              EDI: EDD.COM Mar 19 2014 01:58:00      CA Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA 94280-0001
smg              EDI: CALTAX.COM Mar 19 2014 01:58:00      CA Franchise Tax Board,    Bankruptcy Group,
                 P.O. Box 2952,    Sacramento, CA 95812-2952
                                                                                              TOTAL: 2

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13533567        ##+Everhome Mortgage Company,    8100 Nations Way,    Jacksonville, FL 32256-4405
                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2014                          Signature:  /s/Joseph Speetjens

District/off: 0971-1        User: apaul          Page 2 of 2         Date Rcvd: Mar 18, 2014
                           Form ID: ODSC7fi      Total Noticed: 26

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2014 at the address(es) listed below:

    Cathleen Cooper Moran    on behalf of Creditor Ellis Joseph Foster ecf@moranlaw.net,
    renee@moranlaw.net
    Christina J. O   on behalf of Creditor    Federal National Mortgage Association
    christinao@mclaw.org
    Dane Wyatt Exnowski    on behalf of Defendant    Malcolm and Cisneros dexnowski@mclaw.org
    Dane Wyatt Exnowski    on behalf of Defendant    Everhome Mortgage Company dexnowski@mclaw.org
    Dane Wyatt Exnowski    on behalf of Defendant    EverBank dexnowski@mclaw.org
    Dane Wyatt Exnowski    on behalf of Defendant    Federal National Mortgage Association
    dexnowski@mclaw.org
    Lawrence D. Harris    on behalf of Interested Party    WELLS FARGO BANK, N.A., its successors and
    assigns larry@glennwechsler.com,  lisa@glennwechsler.com
    Office of the U.S. Trustee / SR    USTPRegion17.SF.ECF@usdoj.gov,  ltroxas@hotmail.com
    Timothy W. Hoffman   twh1761@sbcglobal.net,  ca73@ecfcbis.com
    William G. Malcolm    on behalf of Plaintiff Ronald Vernon Cupp bill@mclaw.org,
    erica@mclaw.org;ernest@mclaw.org
                                                     TOTAL: 10

Form ODSC7fi

## UNITED STATES BANKRUPTCY COURT
### Northern District of California (Santa Rosa)

| | |
|---|---|
| **In re:** | **Case Number: 13-12258 AJ 7** |
| Ronald Vernon Cupp | **Chapter: 7** |
| 4640 Arlington Ave. | |
| Santa Rosa, CA 95407 | |
| Debtor(s) | |
| **Debtor/Joint Debtor Social Security Number(s):** | |
| xxx-xx-6446 | |

## DISCHARGE OF DEBTOR AND FINAL DECREE

It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED**:
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

It further appears that the trustee, Timothy W. Hoffman in the above-entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

ORDERED that the chapter 7 case of the above-named debtor is closed; that the Trustee is discharged and relieved of said trust.

Dated: <u>3/18/14</u>                    By the Court:


                                         Alan Jaroslovsky
                                         United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 48

ODSC7fi continued

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# <u>EXHIBIT B</u>

25
26

B       Communications from Loan Broker denying CUPP loan

27
28



**FUENTES**
& A S S O C I A T E S
Real Estate & Financial Services

801-A E. Lake Avenue
Watsonville, CA 95076

831.724.0572
831.724.0328 Fax

April 18, 2024

Dear Mr. Cupp,

First, I want to thank you for the opportunity to earn your business.

Upon review of your loan application, we discovered an Application for and
Renewal of Judgment filed 7-28-2022 Document #2022-050849 and Notice of
Attachment Document #2007-120413 filed 11-07-2007 in the Sonoma County
Recorder's Office. I have attached a copy of these documents for your review.

Unfortunately, we are unable to continue with and cannot grant you the loan at
this time for $200,000 against your property at 4640 Arlington Avenue, Santa
Rosa, CA

You will need to contact the company Parkway Properties 12, LLC, or the attorney
of record to make arrangements to remove this liability or indebtedness before
any loan can be made to you.

Please feel free to call me if you have any questions.

Thank you,

**Ramon Fuentes**
Broker/Owner
**Fuentes & Associates, Inc.**
CA BRE #01259978
NMLS #377978
Direct (831)818-7957




AT-165

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):*
After recording return to:
BASIL PLASTIRAS SBN 69283
PLASTIRAS & TERRIZZI
24 Professional Center Parkway, Suite 150
San Rafael, CA 94903

TELEPHONE NO.: (415) 472-8100
FAX NO. *(Optional):* (415) 472-8110
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Parkway Properties 12, LLC

**2007120413**

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON

GENERAL PUBLIC
11/07/2007 08:03 NOTA
RECORDING FEE: 16.00
PAID

**4**    PGS

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sonoma
STREET ADDRESS: 600 Administration Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Rosa, CA 95403
BRANCH NAME:

PLAINTIFF: Parkway Properties 12, LLC

DEFENDANT: Ron Cupp, dba Positive Changes Hypnosis

*FOR RECORDER'S USE ONLY*

CASE NUMBER
SCV 240402

LEVYING OFFICER *(Name and Address):*

**NOTICE OF ATTACHMENT**
[This form is used in connection with levy under a writ of attachment.]

*FOR COURT USE ONLY*

TO THE PERSON NOTIFIED *(name):* Ron Cupp, dba Positibve Changes Hypnosis

1. Plaintiff in this action seeks to attach property in which defendant has an interest. The
   property to be attached is
   a. [x] *(describe property):* See legal description attached.

   b. [ ] described in the *Writ of Attachment* and *Order for Issuance of Writ of
      Attachment*, attached hereto and incorporated by reference.

2. You are notified as
   a. [X] a defendant.
   b. [ ] a person other than defendant *(state capacity in which person is being notified):*

*(Read Information for Defendant or Information for Person Other than Defendant on reverse.)*

3. A notice was filed with the
   a. [ ] Secretary of State.
   b. [ ] Department of Motor Vehicles.
   c. [ ] Department of Housing and Community Development.

4. Notice of Attachment was
   a. [XX] mailed on *(date):* November 2, 2007
   b. [ ] delivered on *(date):*
   c. [ ] posted on *(date):*
   d. [ ] filed on *(date):*
   e. [ ] recorded on *(date):*

Signed by: *Matthew Anderson*

[ ] Levying officer      [X] Registered process server.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
AT-165 [Rev. January 1, 2003]

**NOTICE OF ATTACHMENT**
(Attachment)

Legal
Solutions
& Plus

Code of Civil Procedure,
§§ 482.030, 488.060

RECEIVED 10-24-07 01:14 PM SONOMA COUNTY SHERIFF CIVIL BUREAU 24



**—INFORMATION FOR DEFENDANT—**

1. The levying officer may be required to take custody of property described in item 1 in your possession or under your control. You have a right to be represented by an attorney in this lawsuit.

2. You may claim any available exemption for your property.. An exemption for real property may be claimed any time before the entry of judgment. If the right to attach order or writ of attachment was issued without a noticed hearing and you wish to claim an exemption for personal property, you must do so within 30 days after the levying officer serves you with the Notice of Attachment describing the property. If you do not claim an exemption, you may lose it and the property is subject to attachment. If you wish to seek the advice of an attorney, you should do so immediately so that a claim of exemption can be filed on time.

3. Plaintiff has filed an undertaking. You have the right to object to the undertaking and may apply for an order to substitute an undertaking for your property which has been or is subject to being attached.

4. You have a duty to release tangible personal property to the levying officer. You have the rights and duties specified in Code of Civil Procedure section 488.395 if your farm products or inventory of a going business have been or are subject to attachment.

5. If the property is perishable or will greatly deteriorate in value, or for other good reason, you may apply ex parte, or if the court or court rule requires, by noticed motion, for an order appointing a receiver or directing the levying officer to take any action necessary to preserve the value of the property, including selling the property. The court may order any receiver to be paid from the proceeds of the sale of your property.

6. You may apply for a release of the attachment to the extent that the value of your interest in the property exceeds the amount necessary to satisfy the attachment.

7. You may apply to the court for an order modifying or vacating any temporary protective order in the interests of justice or for an order terminating the same upon filing an undertaking.

8. If the writ of attachment has been issued against you because you are a nonresident, you may have the right to attach order set aside by filing a general appearance.

9. If the writ of attachment was issued on an ex parte application, you may apply for an order that the right to attach order be set aside, the writ quashed, and any property levied upon pursuant to the writ be released.

10. If you recover judgment against plaintiff, you may apply for a release of all property attached by plaintiff under the Writ of Attachment. If judgment is recovered against you and you appeal, you have the right to obtain the release of your property by filing a sufficient undertaking.

11. You may object to the amount sought to be secured by the attachment.

12. You may recover damages for wrongful attachment.

**—INFORMATION FOR PERSON OTHER THAN DEFENDANT—**

1. If the property attached or sought to be attached is in your possession or under your control and you do not claim the right to possession or a security interest, you must deliver the property to the levying officer. If you do not deny an obligation levied upon or do not claim a priority over the plaintiff's lien, you must pay to the levying officer the amount that is due and payable and that becomes due and payable during the period of the attachment lien. You must execute and deliver any documents needed to transfer the property.

2. You must complete the accompanying Memorandum of Garnishee.

3. If you claim ownership or the right to possession of real or personal property levied upon or if you claim a security interest in or lien on personal property levied upon, you may make a third-party claim and obtain the release of the property pursuant to Code of Civil Procedure sections 720.010-720.800.

4. If you have an interest in the property attached or sought to be attached and the property is perishable or will greatly deteriorate in value, or for other good reason, you may apply ex parte, or if the court or court rule requires, by noticed motion, for an order appointing a receiver or directing the levying officer to take any action necessary to preserve the value of the property, including selling the property. The court may order any receiver to be paid from the proceeds of the sale of your property.

5. **Make checks payable to the levying officer.**

RECEIVED 10-24-07 01:14 PM SONOMA COUNTY SHERIFF CIVIL BUREAU 25

**AT-135**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| BASIL N. PLASTIRAS SBN 69283<br>PLASTIRAS & TERRIZZI<br>24 Professional Center Parkway, Suite 150<br>San Rafael, CA 94903<br><br>TELEPHONE NO.: (415) 472-8100   FAX NO. *(Optional):* (415) 472-8110<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Parkway Properties 12, LLC | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sonoma
 STREET ADDRESS: 600 Administration Drive
 MAILING ADDRESS:
 CITY AND ZIP CODE: Santa Rosa, CA 95403
 BRANCH NAME:

PLAINTIFF: Parkway Properties 12, LLC

DEFENDANT: Ron Cupp, dba Positive Changes Hypnosis

| WRIT OF ATTACHMENT<br>[x] AFTER HEARING   [ ] EX PARTE | CASE NUMBER:<br>SCV 240402 |
|---|---|

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: SONOMA

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant *(name and last known address):* Ron Cupp, dba Positive Changes Hypnosis,
   4640 Arlington Avenue, Santa Rosa, CA 95407

   and the attachment is to secure: $ 41,386.96

4. Name and address of plaintiff:   Parkway Properties 12, LLC, 24 Professional Center Parkway, Suite 130, San Rafael,
   CA 94903

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be
   secured by the attachment *(describe property and state its location; itemize by letter):* Real property, personal property, equipment,
   motor vehicles, chattel paper, negotiable and other instruments, securities, deposit accounts, safe deposit boxes, accounts receivable, general
   intangibles, property subject to pending actions, final money judgments and personalty in estates of decedents including, but not limited to,
   real property commonly known as 4640 Arlington Avenue, Santa Rosa, CA 95407.
   [ ]   This information is on an attached sheet.

6. [ ]   An interest in the real property described in item 5 stands upon the records of the county, in the name of the following
   person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify):*


7. [ ]   The real property on which the
   [ ] crops described in item 5 _____ are growing
   [ ] timber described in item 5 _____ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: OCT 1 9 2007

DENISE L. GORDON

Clerk, by _____   JENNY JACKSON _____, Deputy

Page 1 of 1

| Form Approved for Optional Use<br>Judicial Council of California<br>AT-135 [Rev. January 1, 2003] | WRIT OF ATTACHMENT<br>(Attachment) | Legal<br>Solutions<br>Plus | Code of Civ. Proc., § 488.010 |
|---|---|---|---|

**EXHIBIT A**

**LEGAL DESCRIPTION**

**APN: 134-251-63**

The land referred to is situated in the State of California, County of Sonoma, in the unincorporated area, and is described as follows:

FARMS 234, 235 and 236, as numbered and designated upon the Plan of Subdivision of Santa Rosa Farms No. 3, Sonoma County, California, recorded in the Office of the County Recorder of Sonoma County, California, on October 9, 1911 in Liber 26 of Maps, Page 15.

ALSO, that part of Lot 232, described as commencing at the Southwesterly corner of said Lot; thence North 1° 31' West, along the dividing line between Lots 232, 234 and 235, a distance of 677.87 feet to the Southerly line of that certain tract under Agreement of Sale made by Harvey W. Burson and Bertha Lillian Bode, by Agreement dated August 30, 1934 and recorded in Liber 368 of Official Records, Page 265; thence along the Southerly line of said Bode, North 89° 28' East, 9 feet; thence South 1° 31' East, 677.98 feet to the Southerly line of Lot 232; thence along the Southerly line of said Lot South 89° 28' West, 9 feet to the point of commencement.

EXCEPTING therefrom that portion contained in the Deed from Warren T. Pritchard and Dorothy L. Pritchard, his wife, to Peter A. Zarins, a married man and John T. Zarins, an unmarried man, dated February 1, 1965 and recorded February 24, 1965 in Liber 2109 of Official Records, Page 923, Recorder's Serial No. J-31630, Sonoma County Records.

ALSO EXCEPTING therefrom that portion contained in the Deed from Warren T. Pritchard and Dorothy L. Pritchard, his wife, to Edward W. Hartgenbush and Marvin Solland, Trustees for Decillion Associates, dated February 10, 1965 and recorded March 15, 1965 in Liber 2114 of Official Records, page 19, Recorder's Serial No. J-34327, Sonoma County Records.

ALSO EXCEPTING that portion of Farms 234 and 232, as delineated upon "Plan of Subdivision of Santa Rosa Farms No. 3, recorded October 9, 1911 in Liber 26 of Maps, Page 15, Sonoma County Records, particularly described as follows, to-wit:

BEGINNING at a point on the Westerly line of said Farm No. 234, distant thereon 303.00 feet Northerly from the Southwest corner of Farm 234; thence Southerly along said Westerly line of 303.00 feet to said Southwest corner; thence Easterly along the Southerly line of said Farm 234, a distance of 650.76 feet to the Southerly corner common to said Farms 234 and 232; thence along the Southerly line of said Farm 232, North 89° 28' East, 9 feet; thence North 1° 31' West, 303.00 feet; thence Westerly in a direct line 659.76 feet, more or less, to said point of beginning.

Commonly known as: 4640 Arlington Avenue, Santa Rosa, CA 95407

Page 1 of 2

EJ-190

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*<br>After recording, return to:<br>Basil Plastiras 69283<br>Plastiras & Terrizzi APC<br>24 Professional Center Parkway Suite 150<br>San Rafael, CA 94903 | **2022050849**<br>Official Records Of Sonoma County<br>Deva Marie Proto<br>07/28/2022 03:31 PM<br>GENERAL PUBLIC<br>ABSJR 2 Pgs<br>Fee: $94.00<br><br>PAID |

TEL NO: 415 4728100                    FAX NO. *(optional):*

E-MAIL ADDRESS *(Optional):* Basil@ptlegal.com

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sonoma

STREET ADDRESS:  600 Administrative Drivew

MAILING ADDRESS:

CITY AND ZIP CODE: Santa Rosa CA 95403

BRANCH NAME:

FOR RECORDER'S USE ONLY

| | |
|---|---|
| PLAINTIFF:  Parkway Properties 12 LLC<br>DEFENDANT:  Ron Cupp | **CASE NUMBER:**<br>SCV240402 |
| **APPLICATION FOR AND RENEWAL OF JUDGMENT** | **FOR COURT USE ONLY**<br>**ELECTRONICALLY FILED**<br>Superior Court of California<br>County of Sonoma<br>5/2/2022 2:46 PM<br>By: Melisa Kennedy, Deputy Clerk |

[X] Judgment creditor
[ ] Assignee of record
    applies for renewal of the judgment as follows:

1. Applicant *(name and address):*
   Parkway Properties 12 LLC
   24 Professional Center Parkway #150, San Rafael, CA 94903

2. Judgment debtor *(name and last known address):*
   Ronald Cupp 4840 Arlington Ave. Santa Rosa CA 94807

3. Original judgment
   a. Case number *(specify):*  SCV240402
   b. Entered on *(date):*  May 13, 2013
   c. Recorded:  WRIT of ATTACHMENT
      (1) Date:  11/07/2007
      (2) County:  Sonoma
      (3) Instrument No.:  2007120413

4. [ ] Judgment previously renewed *(specify each case number and date):*
       NA

5. [X]  Renewal of money judgment
   a. Total judgment . . . . . . . . . . . . . . . . . . . . . . . . . $  163,576.43 + pre-J interest
   b. Costs after judgment . . . . . . . . . . . . . . . . . $  N/A
   c. Subtotal *(add a and b)* . . . . . . . . . . . . . . . $  163,576.43 + pre-J interest
   d. Credits after judgment . . . . . . . . . . . . . . . . $  0
   e. Subtotal *(subtract d from c)* . . . . . . . . . . . $  163,576.43 + pre-J interest
   f. Interest after judgment . . . . . . . . . . . . . . . . $  from 12/15/08=$199,815.90
   g. Fee for filing renewal application . . . . . . . . $  NA
   h. Total renewed judgment *(add e, f, and g)*  $  362,192.33

   i. [ ]  The amounts called for in items a–h are different for each debtor.
           These amounts are stated for each debtor on Attachment 5.

I HEREBY CERTIFY THAT THE WITHIN INSTRU-MENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN THIS OFFICE.

JUL 28 2022

Clerk of the Superior Court of California
County of Sonoma
By _____ Deputy Clerk

Page 1 of 2

DOC #2022050849  Page 2 of 2

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Parkway Properties 12 LLC vs Ron Cupp | SCV240402 |

6. [X] Renewal of judgment for    [ ] possession.
                                 [ ] sale.

   a. [x] If judgment was not previously renewed, terms of judgment as entered:
         TOTAL JUDGMENT: $163,576.43 PLUS PREJUDGMENT INTEREST FROM 12/15/08 THROUGH ENTRY OF
         JUDGMENT AT $40.65 PER DAY (10% ANNUALLY) until satisified

   b. [ ] If judgment was previously renewed, terms of judgment as last renewed:
         NA

   c. [x] Terms of judgment remaining unsatisfied:
         Payment of $163,576.43 (PLUS PREJUDGMENT INTEREST FROM DECEMBER 15, 2008 THROUGH ENTRY OF
         JUDGMENT AT $40.65 PER DAY (10% ANNUALLY) AND INTEREST OF $40.65 THEREAFTER UNTIL SATISFIED.

         DECEMBER 15, 2008 TO MAY 2, 2022 IS 4886 DAYS X $40.65=$198,615.90 ACCRUED INTEREST AT 10% PER
         ANNUM.  TOTAL DUE ($163,576.43 + INTEREST OF $198,615.90) =$362,192.33.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  May 2, 2022

Basil Plastiras
            (TYPE OR PRINT NAME)                               ▶            (SIGNATURE OF DECLARANT)

**roncupp.law.research@gmail.com**

| | |
|---|---|
| **From:** | Basil Plastiras <basil@ptlegal.com> |
| **Sent:** | Wednesday, May 15, 2024 7:36 AM |
| **To:** | Ron Cupp |
| **Subject:** | Re: Dear Mr. Cupp, thank you for the opportunity to earn your business |

Can I get a copy of your Bankruptcy discharge?
Basil

Get Outlook for iOS

**From:** Ron Cupp <roncupp.law.research@gmail.com>
**Sent:** Tuesday, May 7, 2024 2:46:42 PM
**To:** Basil Plastiras <basil@ptlegal.com>
**Subject:** Fwd: Dear Mr. Cupp, thank you for the opportunity to earn your business

Basil
This is what my loan broker sent me.
Do not contact him directly as I don't wanna make my situation worse.
It has the documents that need to be fixed or removed.
Thank you.
Ron

Sent from my iPhone

Begin forwarded message:

> **From:** fuentesramon@aol.com
> **Date:** April 18, 2024 at 7:03:47 PM PDT
> **To:** Ron Cupp <roncupp.law.research@gmail.com>
> **Subject: Dear Mr. Cupp, thank you for the opportunity to earn your business**

Dear Mr. Cupp,

First, I want to thank you for the opportunity to earn your business.

Upon review of your loan application, we discovered an Application for and Renewal of Judgment filed 7-28-2022 Document #2022-050849 and Notice of Attachment Document #2007-120413 filed 11-07-2007 in the Sonoma County Recorder's Office. I have attached a copy of these documents for your review.

Unfortunately, we are unable to continue with and cannot grant you the loan at this time for $200,000 against your property at 4640 Arlington Avenue, Santa Rosa, CA

You will need to contact the company Parkway Properties 12, LLC, or the attorney of record to make arrangements to remove this liability or indebtedness before any loan can be made to you.

Please feel free to call me if you have any questions.


Thank you,


**Ramon Fuentes**
Broker/Owner
**Fuentes & Associates, Inc.**
CA BRE #01259978
NMLS #377978
Direct (831)818-7957

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT C

27

28        C       April 18, 2024 letter from CUPP to DEFENDANTS

April 19, 2024

Basil Plastiras (SBN69283), individually
PLASTIRAS & TERRIZZI, APC, individually
PARKWAY PROPERTIES 12, LLC. Individually
24 Professional Center Parkway, Suite 150
San Rafael, CA 94903
415-472-8100
CERTIFIED 9589 0710 5270 1519 0568 75

9589 0710 5270 1519 0568 75

SUBJECT:     APPLICATION FOR AND RENEWAL OF
JUDGMENT
REF:         DOCUMENT RECORDED 2022050849 7-28-2022
             COUNTY OF SONOMA CLERKS OFFICE

Dear Basil and all above parties;

I was just informed yesterday that I was denied a loan due to the above subject recording of
which I had no knowledge of or was never notified of.

You have or had no legal authority to damage, trespass and or slander me in this manner.

You have until April 30, 2024 to remove the invalid and unjust claim against me and/or my
property.

You are noticed, govern yourselves accordingly.

Respectfully submitted;

Ronald Cupp
150 Raley Town Center Ste 2512
Rohnert Park, CA 94928
707-318-9929 emergency cell



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **EXHIBIT D**

D.1     APPLICATION FOR AND RENEWAL OF JUDGMENT SENT TO JUDGE

D.2     APPLICATION FOR AND RENEWAL OF JUDGMENT RECORDED 2022050849

---

**EJ-190**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
Basil Plastiras 69283
Plastiras & Terrizzi APC
24 Professional Center Parkway Suite 150
San Rafael, CA 94903

TEL NO.: 415 4728100          FAX NO. (optional):
E-MAIL ADDRESS *(Optional):* Basil@ptlegal.com
[X] ATTORNEY  [X] JUDGMENT      [ ] ASSIGNEE
    FOR          CREDITOR            OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sonoma

STREET ADDRESS:  600 Administrative Drivew

MAILING ADDRESS:

CITY AND ZIP CODE: Santa Rosa CA 95403

BRANCH NAME:

| | |
|---|---|
| PLAINTIFF:  Parkway Properties 12 LLC | *FOR RECORDER'S USE ONLY* |
| DEFENDANT:  Ron Cupp | |

| | |
|---|---|
| | CASE NUMBER: |
| | SCV240402 |

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

*FOR COURT USE ONLY*
ELECTRONICALLY FILED
Superior Court of California
County of Sonoma
5/2/2022 2:46 PM
By: Melisa Kennedy, Deputy Clerk

[X] Judgment creditor
[ ] Assignee of record
   applies for renewal of the judgment as follows:

1. Applicant *(name and address):*
   Parkway Properties 12 LLC
   24 Professional Center Parkway #150, San Rafael, CA 94903

2. Judgment debtor *(name and last known address):*
   Ronald Cupp 4640 Arlington Ave. Santa Rosa CA 94907

3. Original judgment
   a. Case number *(specify):*  SCV240402
   b. Entered on *(date):*  May 13, 2013
   c. Recorded:  WRIT of ATTACHMENT
      (1) Date:  11/07/2007
      (2) County:  Sonoma
      (3) Instrument No.:  2007120413

4. [ ] Judgment previously renewed *(specify each case number and date):*
       NA

5. [X] Renewal of money judgment
   a. Total judgment . . . . . . . . . . . . . . . . . . . . . . . $ 163,576.43 + pre-J interest
   b. Costs after judgment . . . . . . . . . . . . . . . . . $ N|A
   c. Subtotal *(add a and b)* . . . . . . . . . . . . . . . . . $ 163,576.43 + pre-J interest
   d. Credits after judgment . . . . . . . . . . . . . . . . $ 0
   e. Subtotal *(subtract d from c)* . . . . . . . . . . . . $ 163,576.43 + pre-J interest
   f. Interest after judgment . . . . . . . . . . . . . . . . $ from 12/15/08=$198,615.90
   g. Fee for filing renewal application . . . . . . . . $ NA
   h. Total renewed judgment *(add e, f, and g)*  $ 362,192.33

   i. [ ] The amounts called for in items a–h are different for each debtor.
          These amounts are stated for each debtor on Attachment 5.

Page 1 of 2

| SHORT TITLE:<br>Parkway Properties 12 LLC vs Ron Cupp | CASE NUMBER:<br>SCV240402 |
|---|---|

6.  [X] Renewal of judgment for          [ ] possession.
                                         [ ] sale.

a.  [X]  If judgment was not previously renewed, terms of judgment as entered:
         TOTAL JUDGMENT: $163,576.43 PLUS PREJUDGMENT INTEREST FROM 12/15/08 THROUGH ENTRY OF
         JUDGMENT AT $40.65 PER DAY (10% ANNUALLY) until satisified

b.  [ ]  If judgment was previously renewed, terms of judgment as last renewed:
         NA

c.  [X]  Terms of judgment remaining unsatisfied:
         Payment of $163,576.43 (PLUS PREJUDGMENT INTEREST FROM DECEMBER 15, 2008 THROUGH ENTRY OF
         JUDGMENT AT $40.65 PER DAY (10% ANNUALLY) AND INTEREST OF $40.65 THEREAFTER UNTIL SATISFIED.

         DECEMBER 15, 2008 TO MAY 2, 2022 IS 4886 DAYS X $40.65=$198,615.90 ACCRUED INTEREST AT 10% PER
         ANNUM.  TOTAL DUE ($163,576.43 + INTEREST OF $198,615.90) =$362,192.33.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  May 2, 2022

Basil Plastiras
_____          ▶ _____
(TYPE OR PRINT NAME)                  (SIGNATURE OF DECLARANT)

Page 1 of 2

EJ-190

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*<br>After recording, return to:<br>Basil Plastiras 69283<br>Plastiras & Terrizzi APC<br>24 Professional Center Parkway Suite 150<br>San Rafael, CA 94903 | |
|---|---|
| TEL NO: 415 4728100    FAX NO. *(optional):* | |
| E-MAIL ADDRESS *(Optional):* Basil@ptlegal.com | |
| [X] ATTORNEY FOR    [ ] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD | |

**2022050849**

Official Records Of Sonoma County
Deva Marie Proto
07/28/2022 03:31 PM
GENERAL PUBLIC

ABSJR 2 Pgs
Fee: $94.00

PAID

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sonoma
STREET ADDRESS:  600 Administrative Drivew
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Rosa CA 95403
BRANCH NAME:

FOR RECORDER'S USE ONLY

| PLAINTIFF:  Parkway Properties 12 LLC | CASE NUMBER:<br>SCV240402 |
|---|---|
| DEFENDANT:  Ron Cupp | |
| **APPLICATION FOR AND RENEWAL OF JUDGMENT** | |

FOR COURT USE ONLY
**ELECTRONICALLY FILED**
Superior Court of California
County of Sonoma
5/2/2022 2:46 PM
By: Melisa Kennedy, Deputy Clerk

[X] Judgment creditor
[ ] Assignee of record
applies for renewal of the judgment as follows:

1. Applicant *(name and address):*
   Parkway Properties 12 LLC
   24 Professional Center Parkway #150, San Rafael, CA 94903

2. Judgment debtor *(name and last known address):*
   Ronald Cupp 4840 Arlington Ave. Santa Rosa CA 94807

3. Original judgment
   a. Case number *(specify):*  SCV240402
   b. Entered on *(date):*  May 13, 2013
   c. Recorded:  WRIT of ATTACHMENT
      (1)  Date:  11/07/2007
      (2)  County:  Sonoma
      (3)  Instrument No.:  2007120413

4. [ ] Judgment previously renewed *(specify each case number and date):*
   NA

5. [X]  Renewal of money judgment
   a. Total judgment . . . . . . . . . . . . . . . . . . . . . . . $  163,576.43 + pre-J interest
   b. Costs after judgment . . . . . . . . . . . . . . . . . . . $  N|A
   c. Subtotal *(add a and b)* . . . . . . . . . . . . . . . . $  163,576.43 + pre-J interest
   d. Credits after judgment . . . . . . . . . . . . . . . . . $  0
   e. Subtotal *(subtract d from c)* . . . . . . . . . . . $  163,576.43 + pre-J interest
   f. Interest after judgment . . . . . . . . . . . . . . . . . $  from 12/15/08=$198,615.90
   g. Fee for filing renewal application . . . . . . . . $  NA
   h. Total renewed judgment *(add e, f, and g)*  $  362,192.33

   i. [ ]  The amounts called for in items a–h are different for each debtor.
       These amounts are stated for each debtor on Attachment 5.

I HEREBY CERTIFY THAT THE WITHIN INSTRUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN THIS OFFICE.

JUL 28 2022

Clerk of the Superior Court of California
County of Sonoma
By _____ Deputy Clerk

| | | | |
|---|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>EJ-190 [Rev. July 1, 2014] | **APPLICATION FOR AND RENEWAL OF JUDGMENT** | Page 1 of 2<br>Code of Civil Procedure, § 683.140 | |

DOC #2022050849  Page 2 of 2

| SHORT TITLE:<br>Parkway Properties 12 LLC vs Ron Cupp | CASE NUMBER:<br>SCV240402 |
|---|---|

6. [X] Renewal of judgment for [ ] possession.
[ ] sale.

   a. [X] If judgment was not previously renewed, terms of judgment as entered:
TOTAL JUDGMENT: $163,576.43 PLUS PREJUDGMENT INTEREST FROM 12/15/08 THROUGH ENTRY OF
JUDGMENT AT $40.65 PER DAY (10% ANNUALLY) until satisfied

   b. [ ] If judgment was previously renewed, terms of judgment as last renewed:
NA

   c. [X] Terms of judgment remaining unsatisfied:
Payment of $163,576.43 (PLUS PREJUDGMENT INTEREST FROM DECEMBER 15, 2008 THROUGH ENTRY OF
JUDGMENT AT $40.65 PER DAY (10% ANNUALLY) AND INTEREST OF $40.65 THEREAFTER UNTIL SATISFIED.

DECEMBER 15, 2008 TO MAY 2, 2022 IS 4886 DAYS X $40.65=$198,615.90 ACCRUED INTEREST AT 10% PER
ANNUM.  TOTAL DUE ($163,576.43 + INTEREST OF $198,615.90) =$362,192.33.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  May 2, 2022

Basil Plastiras
(TYPE OR PRINT NAME)         (SIGNATURE OF DECLARANT)

EJ-190 [Rev. July 1, 2014]     **APPLICATION FOR AND RENEWAL OF JUDGMENT**     Page 2 of 2