Generated: May 30, 2024 10:08AM                                                                 Page 1/1



# U.S. District Court

## California Northern - San Francisco

Receipt Date: May 30, 2024 10:08AM

BIZGISTICS LLC
150 RALEYS TOWNE CTR STE 2512
ROHNERT PARK, CA 94928

| Rcpt. No: 311169023 | Trans. Date: May 30, 2024 10:08AM | | Cashier ID: #MB |
|---|---|---|---|

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1614 | 05/30/2024 | | $405.00 |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

Comments: 3:24 cv 03241 JSC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.