Ronald Cupp
150 Raley Town Center Ste 2512
Rohnert Park, California [94928]
Emergency Cell: (707) 318-9929
ronc2009@gmail.com

RECEIVED

MAY 30 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Ronald Cupp,

    Plaintiff,

vs.

BASIL PLASTIRAS, individually
MICHAEL TERRIZZI, individually
PLASTIRAS & TERRIZZI, APC
PARKWAY PROPERTIES 12 LLC
DOES 1-10

    Defendants.

CASE NO: CV24 3241 JSC

NOTICE OF PENDENCY OF ACTION
(Lis Pendens)
(CCP §405.20)

    NOTICE IS HEREBY GIVEN that the above-entitled action concerning and affecting real property as more particularly described in the Complaint filed May 30, 2024, (a real property claim CCP §405.31-Kirkeby v. Super.Ct. (Fascenelli) (2004) 33 C4th 642, 647, 15 CR3d 805, 808) which action was commenced on May 30, 2024, regarding the real property commonly known as 3401 CLEVELAND AVENUE, SANTA ROSA, CALIFORNIA, 95403 as more particularly described as: APN: 148-070-017-000 Legal Description: All that certain real property situated in the County of Sonoma, State of California, described as follows:

NOTICE OF PENDENCY OF ACTION – LIS PENDENS     Page 1

The land referred to is situated in the County of Sonoma, City of Santa Rosa, State of California, and is described as follows:

PARCEL 2, as numbered and designated upon Parcel Map No. 69, filed January 24, 1973 in Book 186 of Maps, Page 20, Sonoma County Records.

APN: 148-070-017

WHO MAY RECORD: Any party who asserts a "real property claim" may record a lis pendens (CCP § 405.20; Park 100 Investment Group II v. Ryan (2009) 180 CA 4th 795, 808, 103 CR3d 218, 226

Dated: May 30, 2024

Respectfully submitted

/s/ RONALD CUPP
Plaintiff Pro Se

# PROOF OF SERVICE BY CERTIFIED MAIL WITH RETURN RECEIPT

The undersigned declares as follows:

      I am a resident of the County of Sonoma, State of California, and at the time of service I was over 18 years of age and not a party to this action. My business address is: 970 Butler Avenue, Santa Rosa, CA 95407

On May 30, 2024, I served the following document (s) described as:

NOTICE OF PENDENCY OF ACTION-LIS PENDENS

I served the documents on the persons below, as follows:

    PARKWAY PROPERTIES 12 LLC
    C/O BASIL PLASTIRAS, ATTORNEY AS AGENT FOR SERVICE
    24 PROFESSIONAL CENTER PARKWAY #150
    SAN RAFAEL, CA 94903
    Certified Mail 9589 0710 5270 1519 0569 67

__X__ (BY CERTIFIED MAIL) I placed said document(s) in a sealed envelope, with postage thereon fully prepaid for first class mail, Certified Mail, Return Receipt Requested, and placed such envelope in the United States mail at Sonoma County, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 30, 2024, at Santa Rosa, California.

                                _____
                                ELIAS STAVRINIDES

```
 1  Ronald Cupp
    150 Raley Town Center Ste 2512
 2  Rohnert Park, California [94928]
    Emergency Cell: (707) 318-9929
 3  ronc2009@gmail.com
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
11  Ronald Cupp,                    ) CASE NO:
                                    )
12        Plaintiff,                ) NOTICE OF PENDENCY OF ACTION
                                    )(Lis Pendens)
13        vs.                       )(CCP §405.20)
                                    )
14  BASIL PLASTIRAS, individually   )
    MICHAEL TERRIZZI, individually  )
15  PLASTIRAS & TERRIZZI, APC       )
    PARKWAY PROPERTIES 12 LLC       )
16  DOES 1-10                       )
                                    )
17                                  )
          Defendants.               )
18                                  )
                                    )
19                                  )
```

NOTICE IS HEREBY GIVEN that the above-entitled action concerning and affecting

real property as more particularly described in the Complaint filed May 30, 2024, (a real

property claim CCP §405.31-Kirkeby v. Super.Ct. (Fascenelli) (2004) 33 C4th 642, 647, 15

CR3d 805, 808) which action was commenced on May 30, 2024, regarding the real property

commonly known as 3401 CLEVELAND AVENUE, SANTA ROSA, CALIFORNIA, 95403 as

more particularly described as: APN: 148-070-017-000 Legal Description: All that certain real

property situated in the County of Sonoma, State of California, described as   follows:

NOTICE OF PENDENCY OF ACTION – LIS PENDENS                              Page 1

The land referred to is situated in the County of Sonoma, City of Santa Rosa, State of California, and is described as follows:

PARCEL 2, as numbered and designated upon Parcel Map No. 69, filed January 24, 1973 in Book 186 of Maps, Page 20, Sonoma County Records.

APN: 148-070-017

WHO MAY RECORD: Any party who asserts a "real property claim" may record a lis pendens (CCP § 405.20; Park 100 Investment Group II v. Ryan (2009) 180 CA 4th 795, 808, 103 CR3d 218, 226

Dated: May 30, 2024

Respectfully submitted

/s/ *RONALD CUPP*
Plaintiff Pro Se

# PROOF OF SERVICE BY CERTIFIED MAIL WITH RETURN RECEIPT

The undersigned declares as follows:

I am a resident of the County of Sonoma, State of California, and at the time of service I was over 18 years of age and not a party to this action. My business address is: 970 Butler Avenue, Santa Rosa, CA 95407

On May 30, 2024, I served the following document (s) described as:

NOTICE OF PENDENCY OF ACTION-LIS PENDENS

I served the documents on the persons below, as follows:

PARKWAY PROPERTIES 12 LLC
C/O BASIL PLASTIRAS, ATTORNEY AS AGENT FOR SERVICE
24 PROFESSIONAL CENTER PARKWAY #150
SAN RAFAEL, CA 94903
Certified Mail 9589 0710 5270 1519 0569 67

__X__ **(BY CERTIFIED MAIL)** I placed said document(s) in a sealed envelope, with postage thereon fully prepaid for first class mail, Certified Mail, Return Receipt Requested, and placed such envelope in the United States mail at Sonoma County, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 30, 2024, at Santa Rosa, California.

_____
ELIAS STAVRINIDES

Ronald Cupp
150 Raley Town Center Ste 2512
Rohnert Park, California [94928]
Emergency Cell: (707) 318-9929
ronc2009@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ronald Cupp, ) CASE NO:
) 
    Plaintiff, ) COMPLAINT FOR DAMAGES
) 
    vs. ) 
) [PROPOSED] ORDER GRANTING FILING
BASIL PLASTIRAS, individually )
MICHAEL TERRIZZI, individually ) LIS PENDENS (CCP §405.20)
PLASTIRAS & TERRIZZI, APC )
PARKWAY PROPERTIES 12 LLC )
DOES 1-10 )
)
    Defendants. )
)
)

**TO ALL PARTIES OF RECORD**: For good cause being shown and upon review it appears that proper to form, The Notice of Pendency of Action contained herein is :

**APPROVED** _____   **NOT APPROVED** _____

**DATE:**

_____
**Honorable Judge of the US DISTRICT COURT**

---

ORDER GRANTING FILING OF LIS PENDENS              Page 1

```
 1  Ronald Cupp
    150 Raley Town Center Ste 2512
 2  Rohnert Park, California [94928]
    Emergency Cell: (707) 318-9929
 3  ronc2009@gmail.com
 4
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
11  Ronald Cupp,                    )CASE NO:
                                    )
12       Plaintiff,                 )COMPLAINT FOR DAMAGES
                                    )
13       vs.                        )
                                    )[PROPOSED] ORDER GRANTING FILING
14  BASIL PLASTIRAS, individually   )
15  MICHAEL TERRIZZI, individually  )LIS PENDENS (CCP §405.20)
    PLASTIRAS & TERRIZZI, APC       )
16  PARKWAY PROPERTIES 12 LLC       )
    DOES 1-10                       )
17                                  )
         Defendants.                )
18                                  )
                                    )
19                                  )
```

**TO ALL PARTIES OF RECORD**: For good cause being shown and upon review it appears that proper to form, The Notice of Pendency of Action contained herein is :

**APPROVED** _____          **NOT APPROVED** _____

DATE:

_____
**Honorable Judge of the US DISTRICT COURT**

---

ORDER GRANTING FILING OF LIS PENDENS                                  Page 1

```
 1  Ronald Cupp
    150 Raley Town Center Ste 2512
 2  Rohnert Park, California [94928]
    Emergency Cell: (707) 318-9929
 3  ronc2009@gmail.com
 4
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
11  Ronald Cupp,                    ) CASE NO:
                                    )
12       Plaintiff,                 ) COMPLAINT FOR DAMAGES
                                    )
13       vs.                        )
                                    ) [PROPOSED] ORDER GRANTING FILING
14  BASIL PLASTIRAS, individually   )
    MICHAEL TERRIZZI, individually  ) LIS PENDENS (CCP §405.20)
15  PLASTIRAS & TERRIZZI, APC       )
    PARKWAY PROPERTIES 12 LLC       )
16  DOES 1-10                       )
                                    )
17                                  )
         Defendants.                )
18                                  )
                                    )
19  _____  )
20  **TO ALL PARTIES OF RECORD**: For good cause being shown and upon review it appears
21  that proper to form, The Notice of Pendency of Action contained herein is :
22
23  **APPROVED** _____        **NOT APPROVED** _____
24
25  DATE:
26
                                    _____
27                                  **Honorable Judge of the US DISTRICT COURT**
28
```

ORDER GRANTING FILING OF LIS PENDENS                                    Page 1