# UNITED STATES DISTRICT COURT
for the

FILED
JUN -3 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RONALD CUPP )
)
)
)
*Plaintiff(s)* )
v. )  Civil Action No. CV24 3241 JSC
)
BASIL PLASTIRAS )
MICHAEL TERRIZZI )
PLASTIRAS & TERRIZZI, APC )
PARKWAY PROPERTIES 12 LLC )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BASIL PLASTIRAS

24 PROFESSIONAL CENTER PARKWAY, SUITE 150
SAN RAFAEL, CA 94903

SEE ATTACHED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RONALD CUPP
150 RALEY TOWN CENTER STE 2512
ROHNERT PARK, CA 94928

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARK B. BUSBY
*CLERK OF COURT*

SHEILA RASH

Date: MAY 30 2024

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:24-CV-03241 JSC

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __BASIL PLASTIRAS__
was received by me on *(date)* __05/30/2024__ .

☑ I personally served the summons on the individual at *(place)* __24 PROFESSIONAL CENTER PARKWY ST.150__
on *(date)* __05/30/2024__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __75.00__ for travel and $ _____ for services, for a total of $ __75.00__ .

I declare under penalty of perjury that this information is true.

Date: __05/30/2024__

*Server's signature*

MARK T. ANDREWS
*Printed name and title*

1014 HOPPER AVENUE #435
SANTA ROSA, CA. 95403
707-280-7425   P-524 SONOMA CO.

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-CV-03241 JSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **MICHCAEL TERRIZZI**

was received by me on *(date)* **05/30/2024**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **BASIL PLASTIRAS**, a person of suitable age and discretion who resides there, on *(date)* **05/30/2024**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **75.00** for travel and $ _____ for services, for a total of $ **75.00**.

I declare under penalty of perjury that this information is true.

Date: **05/31/2024**

*Server's signature*

**MARK T. ANDREWS**
*Printed name and title*

1014 HOPPER AVENUE #435
SANTA ROSA, CA. 95403
707-280-7425   P-524 SONOMA CO.

*Server's address*

Additional information regarding attempted service, etc:

24 PROFESSIONAL CENTER PARKWY ST.150
SAN RAFAEL, CA. 94903

MAILING WAS COMPLETED ON 5/31/2024

Civil Action No. 3:24-CV-03241 JSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PARKWAY PROPERTIES 12 LLC

was received by me on *(date)* 05/30/2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* BASIL PLASTIRAS , who is designated by law to accept service of process on behalf of *(name of organization)* PARKWAY PROPERTIES 12 LLC on *(date)* 05/30/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 75.00 for travel and $ _____ for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 05/30/2024

*Server's signature*

MARK T. ANDREWS
*Printed name and title*

1014 HOPPER AVENUE #435
SANTA ROSA, CA. 95403
707-280-7425   P-524 SONOMA CO.

*Server's address*

Additional information regarding attempted service, etc:

24 PROFESSIONAL CENTER PARKWY ST.150
SAN RAFAEL, CA. 94903

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-CV-03241 JSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PLASTIRAS & TERRIZZI, APC
was received by me on *(date)* 05/30/2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* BASIL PLASTIRAS , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
PLASTIRAS & TERRIZZI, APC on *(date)* 05/30/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 75.00 for travel and $ _____ for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 05/30/2024

*Server's Signature*

MARK T. ANDREWS
*Printed name and title*

1014 HOPPER AVENUE #435
SANTA ROSA, CA. 95403
707-280-7425   P-524 SONOMA CO.

*Server's address*

Additional information regarding attempted service, etc:

24 PROFESSIONAL CENTER PARKWY ST.150
SAN RAFAEL, CA. 94903